**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00950-CV

### IN THE INTEREST OF D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

Before the Court is the September 10, 2014 motion of Kim Allen, Official Court Reporter for the 301st Judicial District Court of Dallas County, Texas, requesting a forty-five day extension of time to file the reporter's record. We **GRANT** the motion **to the extent** that the reporter's record shall be filed **on or before Monday, OCTOBER 13, 2014**. *See* TEX. R. APP. P. 35.3(c).

/s/     ADA BROWN
         JUSTICE